UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of:<br>JEREMY MOORE,<br><br>　　　　　　　　　　Debtor(s) . | }<br>}<br>}<br>}<br>}<br>}<br>}<br>} | Case No. 18-81266-CRJ-7<br><br>Chapter 7 |
| JEREMY MOORE,<br>　　　　　　　　　　Plaintiff(s),<br>v.<br><br>HIGHLANDS MEDICAL CENTER and<br>CAREPAYMENT TECHNOLOGIES, INC.,<br><br>　　　　　　　　　　Defendant(s). | }<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>} | AP No.  21-80059-CRJ |

**ORDER SCHEDULING STATUS CONFERENCE**

　　This Adversary Proceeding is before the Court on the Complaint filed by the Plaintiff alleging that the Defendants violated the automatic stay and the Answers filed by the Defendants. The Court, on its own motion pursuant to 11 U.S.C. § 105(d)(1), hereby schedules a Status Conference to further the expeditious resolution of this Adversary Proceeding.

　　**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that counsel for the parties must appear  telephonically at the Status Conference on **September 15, 2021** at **10:00 a.m.** before the Honorable Clifton R. Jessup, Jr.  If there is a failure to attend the Status Conference, the Court may enter appropriate Orders.

　　The hearing will be held via an AT&T call-in number. The dial-in number is **1-877-336-1280**.  When prompted, enter the access code **#2749965**.  There is no security code, and please do not select any other feature. Other cases or matters may be scheduled for telephonic hearing at the same time.  Parties should call in **five minutes** prior to the start of the hearing.  Once connected, please mute your phone until your case is called.  After your hearing is completed, please hang up to end your call.  To avoid disruption, telephonic hearing participants are expected to call from a quiet location and are not permitted to use a "speaker" function or to place the call on hold (as this may cause music or other noises to play during the hearings of other participants).  Participants are encouraged to call from a landline if possible.

**THIS HEARING WILL TAKE PLACE BY TELEPHONE ONLY. DO NOT COME TO THE COURTHOUSE. PLEASE SEE THE COURT'S WEBSITE FOR ADDITIONAL INFORMATION (www.alnb.uscourts.gov).**

Dated this the 20th day of August, 2021.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge