# AFFIDAVIT OF NICKIE CASE
# REGARDING PROPER ADDRESS FOR SERVICE OF NOTICE TO HIGHLANDS MEDICAL CENTER

STATE OF ALABAMA }
} SS
COUNTY OF JACKSON }

I, Nickie Case, first being duly sworn, depose and say:

1. I am Director of Patient Financial Services at Highlands Medical Center. I am a resident of Alabama and am over the age of nineteen (19).
2. I have personal knowledge as to the facts set forth in the instant affidavit. I am a corporate representative of Highlands Medical Center for purposes of this adversary proceeding. If called upon to testify, I could and would do so competently and similarly testify to the following facts set forth in this affidavit.
3. The correct address to be used in the Northern District of Alabama, Northern Division to provide notice to Highlands Medical Center in pending cases in which Highlands Medical Center is a creditor is:

   **Highlands Medical Center**
   **380 Woods Cove Road**
   **Scottsboro, Alabama 35768**

4. This is, and has been. the physical street address of the hospital for many years. This address is also published on Highlands Medical Center's website: https://www.highlandsmedcenter.com/12/contact-us.

FURTHER, THE AFFIANT SAYETH NAUGHT.

BY _____
NICKIE CASE

1

I, the undersigned authority, a Notary Public in and for the said county in said state, hereby certify that **Nickie Case** is signed to the foregoing instrument and who is known to me, acknowledged before me on this day, being informed of the contents of this instrument, that he, as such officer and with full authority, executed the same voluntarily for and as the act of the said company.

Given under my hand and official seal this the 20th day of October, 2021.

*Linda Coakston*

Notary Public

My Commission Expires 08/12/2024